LJW USAO# 2016R00133

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **IAN RICHARD HAWES,** <br><br> Defendant. | **CRIMINAL NO.** GLR-23-0136 <br><br> (Failure to File a Federal Return, <br> 26 U.S.C. § 7203) |

# INFORMATION

The United States Attorney for the District of Maryland charges:

### COUNT 1
(Failure to File a 2016 U.S. Individual Income Tax Return)

### Relevant Persons and Entities

1. The Defendant Ian Richard **HAWES** ("**HAWES**") was a self-employed software developer who lived in Catonsville, Maryland.

2. From 2014 to 2015, **HAWES** was employed as a software engineer doing web development and information technology work.

3. In or about May 2016, **HAWES** created a web page for "americanhorizons.org." In or about June 2016, **HAWES** established and formally registered American Horizons as a political action committee or "Super PAC" with the Federal Elections Commission ("FEC").

4. On or about June 10, 2016, American Horizons filed a Form 8871, Political Organization Notice of Section 527 Status, with the Internal Revenue Service ("IRS"). The Form 8871 listed **HAWES** as the Treasurer and contact for American Horizons.

### Solicitation of Political Contributions

5.      Beginning in or about May 2016, American Horizons solicited political contributions and advertised a chance to win dinner with a candidate for public office (hereinafter the "Candidate"). Although the advertisements did not directly request donations, they indicated that contestants could double their chances of winning by making a donation. Within three months, American Horizons received over $1 million from approximately 20,000 donors.

6.      On or about August 29, 2016, the Candidate's campaign filed a disavowal notice with the FEC stating that it was not associated with and had not received any money from American Horizons. The same day, the Candidate's campaign also sent American Horizons a cease-and-desist letter accusing American Horizons of defrauding donors and offering a prize it could not deliver.

7.      **HAWES** filed a notice with the FEC on or about January 31, 2017 to terminate the American Horizons PAC.

8.      No winner was ever selected for the PAC's advertised dinner contest.

### Distribution of PAC Funds

9.      With respect to the disbursement of PAC funds, none of the funds were sent to any political campaigns, including the Candidate's campaign.

10.     Refund payments to contributors were made totaling $36,773.

11.     $443,619 of the PAC funds were paid to Facebook for advertising the PAC.

12.     At least $375,337 of the PAC funds were used by **HAWES** to pay for a variety of personal expenditures, including to pay off personal credit card debt and student loans, and to pay for an engagement ring, a yacht rental to propose to his then-fiancée, wedding rings, vacations to

Orlando, Miami, the Bahamas and Paris, France, a new Audi A6 and the down payment for a personal residence.

## Taxable Income

13. Wages totaling $38,780.00 were paid to **HAWES** from WebFirst, Inc., with $7,599.00 in federal taxes withheld for tax year 2016. No other income-related payments to **HAWES** were reported by third-party payers that tax year.

14. **HAWES'** personal use of PAC funds in the amount of $375,337 and receipt of $38,780.00 in wage income from WebFirst resulted in taxable income totaling $407,917 for tax year 2016 and a resulting tax due and owing of $110,543.

15. **HAWES** failed to file a Form 1040, U.S. Individual Federal Income Tax Return, with the IRS for tax year 2016, despite having filed Forms 1040 for tax years 2012 through 2015, and filing joint Forms 1040 with his spouse for tax years 2017 through 2021. All of the returns that were filed were self-prepared, filed electronically, and accepted by the IRS.

16. **HAWES** did file a Form 4868, Application for Automatic Extension of Time to File U.S. Individual Income Tax Return, for the tax year 2016, but never filed the Form 1040. On the 2016 Form 4868, Defendant estimated a total tax liability of $185,000.00.

[this space intentionally left blank]

## The Charge

17.     During calendar year 2016, the defendant,

**IAN RICHARD HAWES,**

who was a resident of Catonsville, Maryland, had and received gross income of at least $407,917. By reason of such gross income, he was required by law, following the close of calendar year 2016, and on or before October 15, 2017, to make an income tax return to the Internal Revenue Service Center, at Andover, Massachusetts, to a person assigned to receive returns at the local office of the Internal Revenue Service at Baltimore, Maryland, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, he did willfully fail, on or about October 15, 2017, in the District of Maryland and elsewhere, to make an income tax return.

In violation of 26 U.S.C. § 7203.

_____
Erek L. Barron
United States Attorney

Digitally signed by LEO WISE
Date: 2023.04.17 16:03:01 -04'00'

4/18/2023
_____
Date