
USDC- BALTIMORE
'23 MAY 12 PM2:50

## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

The Defendant Ian Richard Hawes ("Hawes") lived in the District of Maryland.

From 2014 to 2015, Hawes was employed as a software engineer doing web development and information technology work. In that time period, he created a webpage designed to assist a client in accepting contributions for its advocacy organization.

Hawes failed to file a Form 1040, U.S. Individual Federal Income Tax Return, with the Internal Revenue Service for tax year 2016, despite having filed Forms 1040 for tax years 2012 through 2015, and filing joint Forms 1040 with his spouse for tax years 2017 through 2021. All of the returns that were filed were self-prepared, filed electronically, and accepted by the IRS.

Hawes did file a Form 4868, Application for Automatic Extension of Time to File U.S. Individual Income Tax Return, for the tax year 2016. On the 2016 Form 4868, Hawes estimated a total tax liability of $185,000.

Hawes's consulting income totaling $375,337 and receipt of $38,780.00 in wage income resulted in taxable income totaling $407,917 for tax year 2016 and a resulting tax due and owing of $110,543.

SO STIPULATED:

_____
Leo J. Wise
Assistant United States Attorney

_____
Ian Richard Hawes
Defendant

_____
Robert C. Bonsib, Esq.
Counsel for Defendant

8