# EXHIBIT # 3

# FAMILY PHOTOGRAPHS









