IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Case No.  GLR 23-0136 |
| IAN HAWES | * | |

*****

## MOTION TO AUTHORIZE TRAVEL AND DELAY IN HOME DETENTION

The Defendant, by and through his attorney, Robert C. Bonsib, Esq. and the law office of MarcusBonsib, LLC, hereby submits this request for appropriate relief and, in support thereof, states as follows:

1. On October 12, 2023 the Defendant was sentenced as a result of his guilty plea to failure to file a tax return to a time served sentence with 1 year of supervised release, with 9 months of home detention.

2. At the time of the imposition of sentence, the Defendant orally requested permission to travel to San Francisco for the period of October 25 through October 29 and for the beginning of the home detention to begin on November 1.  The Government orally consented to the request and the Court indicated it would approve that request.  However, that approval was not contained in the Judgement and the Probation Office has asked for verification of the travel approval and delayed beginning of the period of home detention.  For that reason it is respectfully requested that this Honorable Court issue an Order confirming the oral authorization given at the time of the sentencing in this matter.

For each and all of the foregoing reasons it is respectfully requested that this Honorable Court impose a non-confinement sentence.

Respectfully submitted,

MARCUSBONSIB, LLC

*/s/ Robert C. Bonsib*

_____
Robert C. Bonsib
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
robertbonsib@marcusbonsib.com
Trial Bar No. 00324

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served this 17th day of October, 2023 *via* CM/ECF to: Assistant United States Attorneys Harry M. Gruber and Bijon Mostoufi.

*/s/ Robert C. Bonsib*

_____
Robert C. Bonsib